# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0379
LT Case No. 2018-CF-010466-A

_____

MARCO JARELL STEPHENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Marco J. Stephens, Daytona Beach, pro se.

Ashley Moody, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

May 14, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and WALLIS and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____